PER CURIAM.
Affirmed. See: Pan American Bank of Tampa v. Sullivan, 375 So.2d 338 (Fla. 4th DCA 1979); Frank v. Intercontinental Bank of Miami Beach, 372 So.2d 543 (Fla. 3d DCA 1979); Curr v. Helene Transportation Corp., 287 So.2d 695 (Fla. 3d DCA 1973); Gunn Plumbing, Inc. v. Dania Bank, 252 So.2d 1 (Fla.1971); Economy Plumbing Co., Inc. v. Charles Sales Corp., 204 So.2d 348 (Fla. 3d DCA 1967); Dunscombe v. Smith, 139 Fla. 497, 190 So. 796 (1939); Treadwell v. Exchange National Bank of Tampa, 127 Fla. 40, 172 So. 914 (1937); Franklin Phosphate Company, a Corporation v. International Harvester Company of America, 62 Fla. 185, 57 So. 206 (1912); Padgett v. Lewis, 54 Fla. 177, 45 So. 29 (1907); Sections 673.3-408 and 673.3—415, Florida Statutes (1979). Compare: Eastern Steamship Lines, Inc. v. Martial, 380 So.2d 1070 (Fla. 3d DCA 1980); King Pest Control v. Binger, 379 So.2d 660 (Fla. 4th DCA 1980); Kramlich Associates, Inc. v. Robins, 312 So.2d 543 (Fla. 1st DCA 1975); Mr. Land, Inc. v. Rabinowitz, 134 So.2d 859 (Fla. 3d DCA 1961).